FILED
MAR 31 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **4:21CR00223 HEA/SPM** |
| ) | |
| v. ) No. | |
| ) | |
| COLLIS LEE, and ) | |
| DIVEN STEED, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 5, 2020, in St. Louis County, within the Eastern District of Missouri,

**COLLIS LEE and DIVEN STEED,**

the defendants herein, aiding and abetting each other and acting together, knowingly obstructed, delayed and affected commerce and the movement of articles and commodities in commerce, or attempted to do so, by robbery of O'Reilly Automotive, Inc., d/b/a O'Reilly's Auto Parts, a commercial establishment engaged in interstate and foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT TWO

The Grand Jury further charges that:

On or about December 5, 2020, in St. Louis County, within the Eastern District of Missouri,

**COLLIS LEE and DIVEN STEED,**

the defendants herein, aiding and abetting each other and acting together, knowingly possessed and brandished one or more firearms, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count One of this indictment.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

### COUNT THREE

The Grand Jury further charges that:

On or about December 5, 2020, in St. Louis County, within the Eastern District of Missouri,

**COLLIS LEE,**

the defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms that had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JASON S. DUNKEL, #65886(MO)
Assistant United States Attorney